**Joseph REAVES, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2011, the Order of the Commonwealth Court is **AFFIRMED.**